JDPA

FILED

2008 AUG 18 AM 10:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Angel GUERRA (D1)** and **Ernesto GUERRA (D2)** Defendants. | ) | '08 MJ 2536 Magistrate Case No.______ COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **August 14, 2008**, within the Southern District of California, defendants **Angel GUERRA (D1)** and **Ernesto GUERRA (D2)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely **Sirina OLIVAS-Ortega**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature: Claudia Rios]
SIGNATURE OF COMPLAINANT
Claudia Rios, U.S. Customs and
Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF **August**, 2008.

[signature]
UNITED STATES MAGISTRATE JUDGE

DOA 8/14/08 KMA

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

The complainant states that **Sirina OLIVAS-Ortega**, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 14, 2008, at approximately 2200 hours, **Angel GUERRA (D1)**, and **Ernesto GUERRA (D2)** applied for admission into the United States at the San Ysidro, California Port of Entry as the sole visible occupants of a 1995 green in color Nissan Pathfinder. A Customs and Border Protection (CBP) Canine Enforcement Officer approached the vehicle and his Narcotic Human Detector Dog alerted to the vehicle. During the inspection, another CBP Canine Enforcement Officer received United States Passports from both D1 and D2. D1 and D2 stated they only had roses to declare and were on their way home to Chula Vista, California. The CBP Officer elected to refer the vehicle into Secondary Inspection due to the amount of items located in the rear cargo area of the vehicle, which made it impossible to visually and physically inspect the vehicle on primary.

In secondary, CBP Officers questioned D1 as to vehicle ownership, what they had to declare and their purpose in traveling to Mexico. D1 stated the vehicle belonged to him, they had nothing to declare and they went to Mexico to eat dinner. Upon inspection of the vehicle several items were removed to include two milk crates filled with various tools, extension cords, a folding scaffold, drywall ladder, and other additional equipment. Under this equipment was a piece of carpet attached to the rear seat. The carpet was lifted and one adult female was discovered concealed in this area. The adult female was later determined to be a citizen of Mexico without entitlements to enter the United States. The adult female is now identified as: **Sirina OLIVAS-Ortega (Material Witness).**

During separate videotaped interviews, D1 and D2 were advised of their Miranda rights and elected to submit to questioning without benefit to counsel. D1 and D2 admitted to having knowledge of the concealed individual in the cargo area. D1 and D2 stated they went to Mexico for the sole purpose of attempting to smuggle the Material Witness and if successful D1 and D2 were to receive $800.00 USD (each) for the smuggling act.

On a videotaped interview, Material Witness admitted she is a citizen of Mexico without legal rights to enter the United States. Material Witness stated she was going to pay approximately $3,000.00 USD to be smuggled into the United States. Material Witness stated she was en route to Los Angeles, California to seek employment.

**EXECUTED ON THIS 16th DAY OF AUGUST 2008 AT 0100 HOURS.**

#7548

Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 1 page, I find probable cause to believe that the defendants named therein committed the offense on **August 14, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

8/16/08 at 10:48 AM
DATE / TIME